PER CURIAM.
Affirmed. See §§ 775.082(3)(b), 812.133(2)(b), Fla. Stat. (2005) ; England v. State, 940 So. 2d 389 (Fla. 2006) ; Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004) ; Dorsett v. State, 166 So. 3d 898 (Fla. 4th DCA 2015) ; Shivers v. State, 96 So. 3d 1039 (Fla. 4th DCA 2012) ; Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005) ; Atwater v. State, 781 So. 2d 1149 (Fla. 5th DCA 2001) ; Robinson v. State, 642 So. 2d 644 (Fla. 4th DCA 1994).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.